**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1083**

─────────────

WILLIAM E. CREEN,

                                     Petitioner - Appellant,

        versus

INTERNAL REVENUE SERVICE,

                                     Respondent - Appellee.

─────────────

Appeal from the United States Tax Court.  (Tax Ct. No. 99-10294)

─────────────

Submitted:  April 13, 2000            Decided:  April 20, 2000

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

William E. Creen, Petitioner Pro Se.  Robert J. Branman, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William E. Creen appeals from the tax court's order dismissing his petition for failure to state a claim upon which relief could be granted.  Creen asserted in his petition that compensation from his labor was not taxable as wages because it was earned in South Carolina.  We have reviewed the record and the tax court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the tax court.  <u>See</u> <u>Creen v. Internal Revenue Serv.</u>, No. 99-10294 (U.S.T.C. Oct. 19, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2